WOOLWORTH v. PHŒNIX MUT. LIFE INS. CO. OF HARTFORD, CONN.

(Supreme Court, Appellate Division, Fourth Department. February, 1898.)

INTERPLEADER.

To warrant an order of interpleader under Code Civ. Proc. § 820, in action by executor on life policy, it is enough that the papers used on the motion place in doubt the right of plaintiff, rather than of testator's children, to recover.

Appeal from special term, Jefferson county.

Action by Seymour A. Woolworth, as executor of the will of Emily O. Sage, deceased, against the Phœnix Mutual Life Insurance Company of Hartford, Conn. From an order that the children of deceased should interplead, plaintiff appeals. Affirmed.

Argued before HARDIN, P. J., and FOLLETT, ADAMS, GREEN, and WARD, JJ.

Rogers & Atwell, for appellant.
John N. Carlisle, for respondent.
E. R. Brown, for guardian Loomis.

HARDIN, P. J. The papers used at the special term disclose a state of facts or circumstances which place in doubt the right of the plaintiff to recover upon the policy mentioned in the complaint, and they tend to show that the children of the assured have some interest in the policy. Without passing upon that question, we are of the opinion that there was sufficient doubt shown to warrant the order for interpleading. Code Civ. Proc. § 820; Dorn v. Fox, 61 N. Y. 264; Railroad Co. v. Arthur, 90 N. Y. 234; Stevenson v. In-

surance Co., 10 App. Div. 235, 41 N. Y. Supp. 964; Bank v. Yandes, 44 Hun, 55; Roberts v. Van Horne (Sup.; Oct. 8, 1897) 47 N. Y. Supp. 448. The order should be affirmed, with $10 costs and disbursements. Order affirmed, with $10 costs and disbursements. All concur.